UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                    Case Number: 12-16275 GMB

Debtor: Jennifer A. & John H. Callahan

| Check Number | Creditor | Amount |
|---|---|---|
| 1851450 | Cenlar, FSB | 1055.91 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  July 14, 2014